**Order entered May 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01520-CV

**ERIC DRAKE, Appellant**

**V.**

**TRAVELERS, ET AL., Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 13-01062-C**

## ORDER

Before the Court is appellant's May 19, 2014 motion for an extension of time to file a brief. Appellant's brief was due on April 23, 2014. Appellant seeks an extension to August 1, 2014. We **GRANT** appellant's motion **TO THE EXTENT** that appellant shall file his brief **ON OR BEFORE JUNE 23, 2014**.

/s/      CAROLYN WRIGHT
         CHIEF JUSTICE